# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Ali Mehralian | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-855 NEB/HB |
| Parkland Estate Homeowner Association, Mathew S. Greenstein, Cheryl M. Donley, Cities Management, Inc. Any/All Employees, Et All | |
| Defendants. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss and Declare Plaintiff a Frivolous Litigant (ECF No. 20) is GRANTED IN PART and DENIED IN PART;

2. Mehralian's "Motion for Orders: A: Defendants Seize & Decist [*sic*]; B: Insurance Co. of Defendants Disclosed; C: Jury Trial Assigned (as requested); D: Dismiss Defendants Motion to Dismiss" (ECF No. 28) is DENIED AS MOOT;

3. Mehralian's motions to remove (ECF Nos. 35, 36) are DENIED; and

4. The Complaint is DISMISSED WITH PREJUDICE.

Date: 8/25/2020                                                                                          KATE M. FOGARTY, CLERK