UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 20-3178

_____

Ali Mehralian, on His Own Behalf, and his Deceased Wife, Ms. Jill R. McGrand-Mehralian, as Authorized Personal Representative of Estate by Probate Court, for His Wife and Him

Plaintiff - Appellant

v.

Parkland Estate Homeowner's Association; Matthew S. Greenstein; Cheryl M. Donley; Cities Management, Inc.

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-00855-NEB)
_____

**JUDGMENT**

Before LOKEN, WOLLMAN, and BENTON, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

February 17, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Michael E. Gans