# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3178

Ali Mehralian, on His Own Behalf, and his Deceased Wife, Ms. Jill R. McGrand-Mehralian, as Authorized Personal Representative of Estate by Probate Court, for His Wife and Him

Appellant

v.

Parkland Estate Homeowner's Association, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-00855-NEB)

_____

**MANDATE**

In accordance with the judgment of 02/17/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 18, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit